**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 25 CR. 453 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| DARRELL SPEARMAN, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

The arraignment scheduled for Wednesday, October 29, 2025 at 1:00 P.M. will take place in Courtroom 23B.

Dated: October 22, 2025
      New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.