**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :

                                                   :

               Government,           :          25 CR. 453 (RMB)

                                                   :

    - against -                                    :          **ORDER**

                                                   :

                                                   :

DARRELL SPEARMAN,                                  :

                                                   :

              Defendant.            :
--------------------------------------------------------------x


      The status conference scheduled for Wednesday, December 17, 2025 at

10:00 A.M. will take place in Courtroom 17B.


Dated: December 10, 2025
       New York, NY


                                      _Richard M. Berman_
                                      RICHARD M. BERMAN
                                         U.S.D.J.