# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**By ECF**
Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> February 10, 2026
>
> Motion (Defendant's) Granted. Deadlines are MSoT.
>
> The Clerk of Court is respectfully instructed to close the motion at ECF No. 21.
>
> SO ORDERED:
> Date: 2/11/26    Richard M. Berman
> Richard M. Berman, U.S.D.J.

Re: <u>United States v. Darrell Spearman</u>
    **25-Cr-453 (RMB)**

Dear Judge Berman:

We represent Darrell Spearman in the above captioned matter. We write to request that the Court adjourn the upcoming deadlines for pretrial motions by approximately one month. The government has no objection.

The defense's pretrial motions are currently due on February 20, with the government's response due March 13 and the defense's reply due March 20. The parties are engaged in good-faith plea negotiations, and an adjournment of the motion deadlines would permit the parties to conclude those negotiations and potentially reach a resolution. Additionally, we need some additional time to review the discovery with Mr. Spearman, including the voluminous surveillance footage, and to investigate certain matters relevant to potential pretrial motions.

Accordingly, we request that the Court reset the deadlines as follows:

- Defense Motions Due: March 20
- Government Response Due: April 10
- Defense Reply Due: April 17

Sincerely,

Michael Arthus
Nora Stephens
Assistant Federal Defenders
212-417-8760

cc. (by ECF): AUSA Kevin Grossinger