# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Application Granted

March 13, 2026

SO ORDERED
Date: 3/13/26   *Richard M. Berman*
Richard M. Berman, U.S.D.J.

**By ECF**
Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Re: <u>United States v. Darrell Spearman</u>
   25-Cr-453 (RMB)

Dear Judge Berman:

We represent Darrell Spearman in the above-captioned matter.  We write to request that the Court adjourn the upcoming deadlines for pretrial motions by approximately two weeks.  The government has no objection.

The defense's pretrial motions are currently due on March 20, with the government's response due April 10 and the defense's reply due April 17.  The parties continue to be engaged in good-faith plea negotiations, and a brief two-week adjournment of the motion deadlines would permit the parties to conclude those negotiations and potentially reach a resolution.

Accordingly, we request that the Court reset the deadlines as follows:

- Defense Motions Due: April 3
- Government Response Due: April 24
- Defense Reply Due: May 1

Sincerely,

Michael Arthus
Nora Stephens
Assistant Federal Defenders
212-417-8760

cc. (by ECF): AUSA Kevin Grossinger