**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

UNITED STATES OF AMERICA,                          :

                        Government,          :          25 Cr. 453 (RMB)

        - against -                               :          **ORDER**

DARRELL SPEARMAN,                                  :

                     Defendant.           :

------------------------------------------------------------x


The change of plea hearing is scheduled for April 16, 2026 at 10:00 A.M. in courtroom 17B.


Dated: April 9, 2026
      New York, NY


                                          **RICHARD M. BERMAN**
                                            **U.S.D.J.**