**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA,

Government,

- against -

DARRELL SPEARMAN,

Defendant.

-------------------------------------------------------------x

25 CR. 453 (RMB)

**ORDER**

The sentencing scheduled for Wednesday, August 5, 2026 at 10:00 A.M. will take place in Courtroom 17B.

Dated: July 29, 2026
New York, NY

RICHARD M. BERMAN
U.S.D.J.