UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DARRELL SPEARMAN,

Defendant.

**Consent Order of Restitution**

25 Cr. 453 (RMB)

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Kevin Grossinger, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Counts One and Five of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

DARRELL SPEARMAN, the defendant, shall pay restitution in the total amount of $1,297, pursuant to 18 U.S.C. §§ 3663A and 3663(a), to persons other than the victims of the offenses charged in Counts One and Five of the Indictment. The names, addresses, and specific amounts owed to the victims is set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of the victims, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the

manner and according to the schedule that follows: The total amount of restitution is due and payable immediately pursuant to 18 U.S.C. § 3572(d)(1) upon entry of this judgment.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

**3. Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order.

**4. Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

**5. Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: ______________________ **July 22, 2026**
Kevin Grossinger DATE
Assistant United States Attorney

By: ______________________ 8/5/26
Darrell Spearman DATE

By: ______________________ 8/5/26
Michael Arthus, Esq. DATE
Nora Stephens, Esq.
Attorneys for Darrell Spearman

SO ORDERED:

RMB 8/5/26
______________________ ______
HON. RICHARD M. BERMAN DATE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DARRELL SPEARMAN,

Defendant.

**Schedule of Victims**

25 Cr. 453 (RMB)

| **Victim Name** | **Address** | **Amount** | **Contact** |
|---|---|---|---|
| Kennedy Fried Chicken | 3738 Third Avenue, Bronx, NY 10456 | $800 | [redacted] |
| Wing Stop | 2829 Edson Avenue, Bronx, NY 10469 | $300 | [redacted] |
| McDonald's | 3550 Conner Street, Bronx, NY 10475 | $150 | [redacted] |
| White Castle | 1677 Bruckner Boulevard, Bronx, NY 10472 | $47 | [redacted] |